**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOAH BLYTHE, | No. 26-1106 |
| Plaintiff - Appellee, | D.C. No.<br>3:26-cv-00100-ART-CSD |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ORDER |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Anne R. Traum, District Judge, Presiding

Argued and Submitted April 7, 2026
San Francisco, California

Before: BENNETT and SANCHEZ, Circuit Judges, and EZRA, District Judge.[**]

Effective immediately, the district court's preliminary injunction is hereby

VACATED. An opinion explaining this disposition will follow.[1]

---

[**] The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

[1] The Court GRANTS Appellant National Collegiate Athletic Association's motion to file documents under seal (Dkt. No. 8).